Steven L. Olsen ISBN 3586
HUNTLEY, PARK, THOMAS, BURKETT,
 OLSEN & WILLIAMS, LLP
250 S. 5th, Suite 660
P.O. Box 2188
Boise, Idaho 83701-2188
Telephone: 208-388-1230
Facsimile: 208-388-0234



U.S. COURTS

01 SEP 17 PM 4:57

REC'D_____FILED_____
CAMERON S. BURKE
CLERK          IDAHO

FEE PAID
RCPT # 9999

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE STATE OF IDAHO

| | |
|---|---|
| JOHN D. EVERETT, an individual, ) | Case No. **CIV 01-482-S-BLW** |
| ) | |
| Plaintiff, ) | COMPLAINT AND DEMAND FOR JURY TRIAL |
| ) | |
| vs. ) | |
| ) | |
| GREENBRIER LEASING CORPORATION ) and THE GREENBRIER COMPANIES, ) INC., ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

John D. Everett, as his complaint, alleges as follows:

**PARTIES AND JURISDICTION**

**I.**

John D. Everett ("Everett") is, and at all times material hereto, was a resident of Buhl, Twin Falls, Idaho.

**II.**

Greenbrier Leasing Corporation and The Greenbrier Companies, Inc. (hereinafter collectively

COMPLAINT AND DEMAND FOR JURY TRIAL – 1



referred to as "Greenbrier"), are railroad carriers and foreign corporations which are engaged in interstate commerce and do business in the State of Idaho.

### III.

This Court has subject matter jurisdiction pursuant to 28 USC §§ 1331 and 1332. The amount in controversy, exclusive of interest and costs, exceeds the sum of $75,000. Venue is proper in this district pursuant to 28 USC § 1391.

### FACTUAL ALLEGATIONS AND CAUSES OF ACTION

### IV.

On September 17, 1999, Everett was employed by Seneca Foods Corporation.

### V.

Greenbrier is the owner and operator of a certain rail car on which Everett was working on September 17, 1999 as an employee of Seneca Foods. Greenbrier had a duty to Seneca Foods to maintain, repair, properly inspect, keep in proper condition and otherwise keep the rail car safe on which Everett was working.

### VI.

In the course of performing his responsibilities at the Seneca Foods plant in Buhl, Idaho on September 17, 1999, Everett was unloading certain goods from Greenbrier's rail car.

### VII.

While Everett while unloading the goods in Greenbrier's rail car, the goods fell on Everett causing significant physical injury to him.

### VIII.

Greenbrier's failure to properly service, maintain, repair, inspect, and keep its rail car in

proper condition and otherwise keep its rail car safe, was negligent and was the cause of the injuries suffered by Everett while he was unloading Greenbrier's rail car.

## IX.

Because of Greenbrier's negligent actions, the goods in the rail car Everett was unloading shifted during transit and ultimately fell on Everett while he was unloading them at the Seneca Foods plant.

## X.

In addition to being negligent, Greenbrier also acted in violation of the Boiler Inspection Act, 49 USC §§ 20701-20903 (1994) and the Federal Railroad Safety Act, 49 USC §§ 20101, et seq. (1994).

## XI.

As a consequence of Greenbrier's negligent acts and its acts in violation of the Boiler Inspection Act, 49 USC §§ 20701-20903 (1994) and the Federal Railroad Safety Act, 49 USC §§ 20101, et seq. (1994), Everett has suffered and continues to suffer great physical injury, permanent disability and disfigurement, physical pain and suffering, loss of enjoyment of life, loss of earning capacity, mental and emotional distress and other damages, including, but not limited to, medical expenses, loss of income, benefits and retirement. The amount of Everett's damages exceeds $250,000 and will be proven at the trial hereof. Everett is further entitled to an award of prejudgment interest.

## XII.

Everett has been required to retain the legal services of the law firm Huntley Park Thomas Burkett Olsen & Williams LLP and is entitled to recover the attorney's fees and costs he incurs in

this action. In the event default is entered against Greenbrier, Everett is entitled to attorney's fees and costs in the amount of $5,000.

**WHEREFORE**, Everett prays for Judgment as follows:

1. For damages in an amount exceeding $250,000 for injuries he has suffered and continues to suffer from including, physical injury, permanent disability and disfigurement, physical pain and suffering, loss of enjoyment of life, loss of earning capacity, mental and emotional distress and other damages, including, but not limited to, medical expenses, loss of income, benefits and retirement;

2. Plaintiff's costs and reasonable attorney's fees which, in the event of default, shall be $5,000;

3. Plaintiff is further entitled to an award of pre-judgment interest;

4. For such other and further relief as the Court deems just and equitable under the circumstances.

### DEMAND FOR JURY TRIAL

Plaintiff hereby demands a jury trial of all issues.

DATED this 17th day of September, 2001.

                HUNTLEY, PARK, THOMAS, BURKETT, OLSEN & WILLIAMS, LLP

                _/s/ Steven L. Olsen_
                Steven L. Olsen
                Attorney for Plaintiff

COMPLAINT AND DEMAND FOR JURY TRIAL - 4